## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:24-cr-0021 |
| | ) |
| **ERY RIVERA PALMER,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated November 14, 2024, ECF No. 40, recommending that the Defendant's plea of guilty to Count Two of the Indictment, a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A) be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 40, is **ADOPTED;** it is further

**ORDERED** that Defendant Ery Rivera Palmer's plea of guilty as to Count Two of the Indictment is **ACCEPTED**, and that Ery Rivera Palmer is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **January 3, 2025;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **January 17, 2025;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **January 31, 2025;** it is further

United States v. Ery Rivera Palmer
Case No. 3:24-cr-0021
Order
Page **2** of **2**

      **ORDERED** that the parties shall file their sentencing memoranda no later than **February 10, 2025;** it is further

      **ORDERED** that a sentencing hearing shall be held on **February 21, 2025, at 9:00 A.M. in STT Courtroom No. 1.**

**Dated:** December 2, 2024             */s/ Robert A. Molloy*_____
                                                                **ROBERT A. MOLLOY**
                                                                **Chief Judge**